# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE BEATRICE B. DAVIS FAMILY HERITAGE TRUST, DATED JULY 28, 2000, AS AMENDED ON FEBRUARY 24, 2014.

CHRISTOPHER D. DAVIS,
Appellant,
vs.
CAROLINE DAVIS; AND DUNHAM TRUST COMPANY,
Respondents.

No. 79080

FILED

JUL 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order resolving a petition for instructions in the administration of a trust. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.[1]

Having considered the parties' arguments and the record, we are not persuaded that the district court committed reversible error in ordering the liquidation of the trust assets. Although appellant seeks a distribution of trust assets, the district court's April 26, 2019, order contemplates such a distribution in the future, and we are not persuaded that our intervention at this time is warranted. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Pursuant to NRAP 34(f)(3), we have determined that oral argument is not warranted in this appeal.

20-26212

cc: Hon. Gloria Sturman, District Judge
Christopher D. Davis
Caroline Davis
Lee, Landrum & Carlson, APC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A